UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __15-9268__ |
|---|---|---|
| V. | : | CRIMINAL ACTION |
| Masac Moore | : | ORDER OF RELEASE |

    The Court orders the defendant, _____, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

__Masaco Moore__       __11/22/15__
DEFENDANT      DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__11/22/15__
DATE

    I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER